AUSA: April Russo  FBI  Telephone: (313) 226-9129
Special Agent: Adam Christensen  Telephone: (313) 965-2323

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Devin Jamal Walker

FILED
CLERK'S OFFICE
FEB 1 2 2019
U.S. DISTRICT COURT
EASTERN MICHIGAN

Case: 2:18-mj-30632
Assigned To : Unassigned
Assign. Date : 12/10/2018
Description: SEALED MATTER

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
EASTERN MICHIGAN

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ARREST WARRANT**

BY: _____ Deputy

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devin Jamal Walker

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:  C402

Title 18 U.S.C. §§ 2251(a); 2252A(a)(2)(A); 2252A(a)(5)(B); 1951; 1470; 2422

Date: DEC 1 0 2018

City and state: Detroit, Michigan

R. STEVEN WHALEN

*Issuing officer's signature*
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-10-18, and the person was arrested on *(date)* 12/14/8 at *(city and state)* DETROIT, MI |
| Date: 12/14/18      *Arresting officer's signature* ADAM CHRISTENSEN SPECIAL AGENT *Printed name and title* |

*Distribution: Original Court - 1copy U.S. Marshal – 2 copies USA*