

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVIN JAMAL WALKER,

    Defendant.
_____/

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(a)(2)

Case: 2:19-cr-20096
Judge: Goldsmith, Mark A.
MJ: Grand, David R.
Filed: 02-26-2019 At 10:24 AM
INFO USA v WALKER (dat)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

(18 U.S.C. § 2252A(a)(2) - *Receipt of Child Pornography*)

On or about August 7, 2015 through on or about December 10, 2018, in the Eastern District of Michigan, the defendant, DEVIN JAMAL WALKER, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8); and the images received by the defendant were mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and were mailed,

shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO

(18 U.S.C. § 2252A(a)(5)(B) – *Possession of Child Pornography*)

On or about December 10, 2018, within the Eastern District of Michigan, the defendant, DEVIN JAMAL WALKER, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and/or transported in and affecting interstate and foreign commerce, and were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense charged in Counts One through Two of the Indictment, the defendant, DEVIN JAMAL WALKER, shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the items seized on September 21, 2018.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant –

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

3

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

MATTHEW SCHNEIDER
United States Attorney

| | |
|---|---|
| MATTHEW A. ROTH<br>Assistant United States Attorney<br>Chief, Major Crimes Unit<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Email: matthew.roth2@usa.doj.gov | APRIL N. RUSSO<br>ALYSE WU<br>Assistant United States Attorneys<br>211 West Fort Street, Ste. 2001<br>Detroit, MI 48226-3220<br>Phone: (313) 226-9129<br>Email: april.russo@usdoj.gov |

Dated: February 26, 2019

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:19-cr-20096<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

Filed: 02-26-2019 At 10:24 AM
INFO USA v WALKER (dat)

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | AUSA's Initials: |

Case Title: USA v. Devin Jamal Walker

County where offense occurred : Wayne

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- no prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 19-mj-30632 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 26, 2019
Date

April N. Russo
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9129
Fax:   313-226-2372
E-Mail address: april.russo@usdoj.gov
Attorney Bar #: PA313475

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.