UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-cr-20096

v.

Hon. Mark A. Goldsmith

DEVIN JAMAL WALKER,

    Defendant.
_____/

## **DISCOVERY NOTICE**

1. The attorney for the government knows that the defendant made relevant written or recorded statements, (including grand jury testimony), and/or relevant oral statements made in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

   a. Relevant written or recorded statements, (including grand jury testimony), and/or

   b. Relevant oral statements made in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

   ☒YES

2. The attorney for the government knows that the defendant has a prior criminal record:

   ☒NO

3. The following books, papers, documents, photographs, and tangible objects are within the possession, custody, or control of the government and are intended to be used as evidence in chief at trial, are known to the government to be material to the preparation of the defense, or were obtained from or belong to the defendant:

   - FBI report(s) of investigation
   - Local police report(s)
   - Physical evidence
   - Search and seizure warrants, and related returns, photographs, and video
   - Subpoenas, and related returns
   - Cellular phone records
   - Cellular phone contents
   - The defendant's recorded statements to agents

4. Results or reports of the following physical or mental examinations, or scientific tests or experiments, are within the possession, custody, or control of the government, and are either intended to be used as evidence in chief at trial or are known to the government to be material to the preparation of the defense:

   ☒ Forensic examination of devices

5. The government intends to introduce at trial testimony from one or more experts in the following areas of expertise:

   - Forensic examiner

6. The government may introduce evidence obtained from execution of the following search warrants:

Search Warrant by Bethlehem PD and FBI residential search warrant on 9/21/2018

7. The government may introduce evidence obtained through wiretaps or other electronic surveillance:

    ☒ Not Applicable

8. The government intends to offer evidence under Rule 404(b), Fed. R. Evid.

    ☐ Yes    ☐ No    ☒ Unsure

9. The attorney for the government is aware of the obligations imposed by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny and will comply with their obligation to provide defense counsel with exculpatory evidence that is material to either guilt or to punishment in time for effective use at trial.

    If the government discovers additional information of the type described in Paragraphs 1 through 8; it will advise defense counsel in writing.

    Upon specific request of the defendant the government will make available for inspection or copying the items described in Paragraphs 1, 3, and 4; will furnish the record referred to in Paragraph 2; will provide a summary (which will include the witnesses' qualifications, opinions, and the bases and reasons for the opinions) of the anticipated testimony described in Paragraph 5 and will provide notice of the general nature of the evidence referred to in Paragraph 8. The government's compliance with any specific request will trigger the defendant's duty to provide the reciprocal discovery denoted in Fed. R. Crim. P. 16(b)(1)(A)–(C). If the defendant makes a general request for discovery, the

government will construe it as a request for each item described in Fed. R. Crim. P. 16(a)(1) (A)–(G). The government's compliance with the defendant's general request will trigger the defendant's duty to provide reciprocal discovery of each item specified in Fed. R. Crim. P. 16(b)(1)(A)–(C).

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney


*s/Alyse Wu*
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9589
alyse.wu@usdoj.gov

Dated: March 5, 2019

4

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2019, I electronically filed the Discovery Notice with the Clerk of the Court of the Eastern District of Michigan using the ECF system which will send notification of such filing to the following:

>Rhonda Brazile
>Attorney for the Defendant

>*s/Alyse Wu*
>Alyse Wu
>Assistant United States Attorney
>211 W. Fort St., Suite 2001
>Detroit, MI  48226
>(313) 226-9589
>alyse.wu@usdoj.gov