19-20096          6-13-19

To the Hon. Mark Goldsmith,

Your Honor, my name is Devin Walker; the purpose of this letter is to show that I am not the person that the prosecutor has presented. I'd like to start by saying that I was raised in Detroit; not like a thug that roams the streets, carries firearms, etc. I grew up in an abusive household, due to my father who neglected me and tried to cause me serious harm. As I aged, I felt unwanted; I was abused sexually/mentally/physically, from preteen years to teen years. All of my life I have felt like something was wrong with me. I felt like there was no reason to feel wanted. My past was a difficult one, and because of it; I let myself be full of hate, regret, and anger. I used the internet to get revenge, because with a phone/computer; I felt like I had power. I chose to talk to the wrong people, and I felt a **false** sense of security; I said and did things that I should not have, and that's the root of this. I am not saying that it's nothing compared to causing trouble as a thug who roams, but I just need help to recover; I am certain of this. I indeed respect my potential punishment, but I am asking for the court to consider my **first** offense as a young man who made a very bad choice. I never pursued anyone physically, and I know my actions were violating in all aspects; lawfully and morally. My anger was the weapon I always used, because I was always behind another person's anger or abused. That always caused me to be vindictive, but I never resorted to physically or sexually harming someone. Your Honor, I am only 21 years of age, and I do not wish to spend a majority of my life in prison because of my past issues. I have taken responsibility, and I

just to return home as soon as I can to my family and friends. I wish to do all that is right and follow my dreams, as a young man. I ask that the law may spare me, and as nervous as I am about prison, I figure it's in my future. I ask for 5 years of Probation your Honor, as slim as it seems; I do understand, but my guidelines seem harsh. They take away from my life, I have not killed, or seriously hurt anyone. I do believe that psychological abuse is similiar, but I am just asking for leniency your Honor; for a chance to prove that I can be something in life.

Thank You.

Sincerely,
Devin Walker.

P.S- I am not a danger to the community, but I have served in it. I truly am sorry for even making this mistake your Honor. I'm on a path to recovery, and there's no end to it.

Devin Walker
NAME

57147-039
REG. NO.

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

17 JUN 2019 PM 6 L



⇔57147-039⇔
Mark Goldsmith
231 W Lafayette BLVD
Detroit, MI 48226
United States

48226-270099