UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 19-cr-20096

v.                                 HON. MARK A. GOLDSMITH

DEVIN JAMAL WALKER,

       Defendant.

_____/

**Index of Exhibits to Government's Supplemental Sentencing Memorandum**

| Exhibit No. | Description |
|---|---|
| 1 | Letter from MV-5 Mother |
| 2 | Messages to MV-5 |
| 3 | Report re MV-5 |
| 4 | Report re MV-3 |
| 5 | Report re Walker Interview |
| 6 | Miller Report (*filed under seal*) |