Dear Judge,

MV-5 was a curious, confident, chatty and active child. She would openly engage in conversation with almost anyone. She never cried unless she was in physical pain.

MV-5 was horrified by the threats of death to her and to us (her family) in 2018. As a young girl of 14 at the time, Devin Walker spoke with MV-5 online and made her believe that he was present in our neighborhood outside our home. He made her believe he would kill her if she did not comply with his demands for sexual photographs. I had never seen her cry and wail in fear and remorse.

MV-5 was physically and emotionally shaken to her core.

The impact of Devin Walker's behaviors has been ongoing, both for MV-5 individually as well as for our family as a whole. Since this shameful and terrifying experience, the following has changed and is currently true for MV-5:

- Cannot sleep without the lights on
- Lonely and rejected by her peers
- Has become friendless
- Struggling with academics and failing multiple courses
- Has required counseling for the first time
- Struggled to hold a part time job and was quickly let go
- Experiences suicidal thoughts
- She experiences social isolation
- Anger is frequent
- Depression is constant
- Low self-esteem

For me and my family, this is painful. We have worked to provide her with a loving and stable home, but her mental health has deteriorated in ways we cannot control or counteract.

GOVERNMENT EXHIBIT 1

Devin Jamal Walker has done irreparable damage to my daughter and my family. I do not wish this experience for any other child or family. Please do your best to ensure that others are protected from him.

Sincerely,



MV-5's Mother