FD-302 (Rev. 5-8-10)                             - 1 of 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of entry     11/15/2018

██████ MV-5's Parent ██████  date of birth (DOB) ████████ and his wife ██ MV-5's Parent ██
██ MV-5's Parent ██ were interviewed outside of their home, █████████,
████████████   After being advised of the identity of the interviewing
Agent and Victim Specialist(VS) and the nature of the interview,
████ MV-5's Parent ████ provided the following information:

████ MV-5's Parent ████ confirmed that they have ███████████████
██.  Their oldest daughter, ██ MV-5 ██ who is fifteen years old, received
threatening messages over her phone around Easter in 2018.  The messages
scared ██ MV-5 ██ to a point that ██ MV-5 ██ told her parents about the
incident.  As a result, the parents got rid of the phone.  ██ MV-5's Parent ██
██ MV-5's Parent ██ did not report the incident to law enforcement.  They did get
██ MV-5 ██ a new phone after the incident.

When shown a screenshot of text messages provided by Detroit Division,
████ MV-5's Parent ████ believed that the account, ████████████████,
████████, was that of their daughter, ██ MV-5 ██.  They indicated that the
terminology in the name of the account was familiar.  ██ MV-5's Parent ██
██ MV-5's Parent ██ indicated that their daughter lived on her phone.  They
however, were not familiar social media, including the application Kik.

████ MV-5's Parent ████ told SA Slaton and VS Solecki that they would
contact them in a couple days regarding a potential forensic interview of
their daughter, ██ MV-5 ██.

On November 9, 2018, ████ MV-5's Parent ████ called SA Slaton and VS
Solecki regarding the potential forensic interview of their daughter,
██ MV-5 ██.  They informed SA Slaton and VS Solecki that the family has hired
an attorney regarding the matter, whom they would be speaking to on
November 13, 2018.

**GOVERNMENT EXHIBIT 3**

Investigation on   11/07/2018   at ████████████   United States (In Person)

File # ████████████████

Date drafted   11/14/2018

by   SLATON ERIC S

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.