FEDERAL BUREAU OF INVESTIGATION

OFFICIAL RECORD

Date of entry   11/19/2018

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION

This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

[MV-3'S PARENT] date of birth [REDACTED], cellular phone number, [REDACTED] residing at [REDACTED] was interviewed at [REDACTED]. After being advised of the identity of the interviewing Agents and the nature of the interview, [MV-3'S PARENT] provided the following information:

[MV-3'S PARENT] moved to [REDACTED] in August 2018 with her husband, [MV-3'S PARENT], cellular phone number, [REDACTED]. Her youngest step-daughter, [MV-3], told [MV-3'S PARENT] she [MV-3] met an individual via the Kik messenger application. This individual forced [MV-3] to send him topless photographs of herself. [MV-3] felt threatened and scared that he would expose her if she did not continue to send him inappropriate photographs. [MV-3] told [MV-3'S PARENT] she [MV-3] cried while taking the topless photographs of herself. [MV-3] Kik username was [REDACTED].

[MV-3'S PARENT] signed a Consent to Search Computer(s), FD-941 Form. [MV-3'S PARENT] provided the FBI with permission to search a Samsung Galaxy S9 cellular telephone ([MV-3] cellular telephone). The original Consent to Search Form will be maintained in the 1A file.

A Receipt of Property FD-597 was provided to [MV-3'S PARENT] and will also be maintained in the 1A file.

**GOVERNMENT EXHIBIT 4**

Investigation on 11/14/2018 at [REDACTED]   United States (In Person)

File # [REDACTED]   Date drafted 11/19/2018

by Marissa R. Kitto

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.