FD-302 (Rev. 5-8-10)

-1 of 2-

# FEDERAL BUREAU OF INVESTIGATION

**OFFICIAL RECORD**

Date of entry  12/17/2018

Pursuant to an authorized arrest warrant signed by Magistrate Judge R. Steven Whalen, Eastern District of Michigan, Special Agents of the Federal Bureau of Investigation located and arrested Devin Jamal Walker, date of birth (DOB) ▮▮▮ at his residence ▮▮▮ Five Points Street, Detroit, Michigan. Walker was transported to the PVM Federal Building, 477 Michigan Avenue, Detroit, MI 48226. Once at the Federal Building, Walker was allowed to use the restroom and provided water at his request.

Walker was interviewed at the Federal Building subsequent to his transport. Walker was informed that the interview was being recorded and that it was voluntary. Walker was read his Miranda rights and voluntarily agreed to waive them. Walker was shown a consent to search form for his cellular telephone which was seized from his residence and voluntarily signed the form. After being advised of the identity of the interviewing agents and the nature of the interview, Walker provided the following information [The following is a summary of the interview, please see the attached recording for the full interview]:

Walker had made threats against an additional minor female since the time that he had last interacted with the FBI in September. This minor female, MV who is 17 years old, had made him angry. He could not recall what he had threatened her. He had images of her, including of her breasts on his cellular telephone. Walker met her on the application Discord and her username had MV in it as well as ▮▮▮.

Walker was shown images of minor females which had been found on his cellular telephone and Google account. He identified the first image as MV-4 a 14 year old with Kik username ▮▮▮ He stated that he had images of her including her vagina, butt, and breasts that he had made requests for previously. He had last spoken with her last night. The second was MV-6 a 13 year old with unknown username. He had last spoken to her approximately one year ago. The third was MV a 17 year old with Kik username ▮▮▮ Walker had last spoken with her last night.

**GOVERNMENT EXHIBIT 5**

Investigation on 12/14/2018 at Detroit, Michigan, United States (In Person)

File # ▮▮▮  Date drafted 12/14/2018

by CHRISTENSEN ADAM, SZCZYGIEL CHRISTOPHER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Arrest and Interview of Devin Walker on 12/14/2018 , On 12/14/2018 , Page 2 of 2

    Subsequent to the interview, Walker was provided a protein bar and a candy bar. Walker was then transported to the U.S. District Courthouse for the Eastern District of Michigan, 231 W. Lafayette Boulevard, Detroit, MI 48226. There he was handed over to the custody of the U.S. Marshall Service.

# FEDERAL BUREAU OF INVESTIGATION
## ADVICE OF RIGHTS

### LOCATION

Place: Detroit, MI     Date: 12/14/18     Time: 8:04

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: Devin Walker

### WITNESS

Witness: [signature]
Witness: [signature]
Time: 8:06 AM