UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

                                 CR. NO. 19-cr-20096

       v.                      HONORABLE MARK A. GOLDSMITH

DEVIN JAMAL WALKER,

           Defendant.

_____/

## STIPULATED ORDER ADJOURNING
## <u>SENTENCING DATE</u>

        The defendant has requested an adjournment of the currently scheduled sentencing hearing to allow additional time to gather materials for his allocution. The above parties, through their respective counsel, stipulate to adjourning the sentencing date in this matter from the present date of **August 20, 2021 at 3:00 p.m.** to **November 2, 2021 at 9:00 a.m.** to allow the parties additional time to prepare for sentencing.

        **IT IS HEREBY ORDERED** that the sentencing shall be adjourned from **August 20, 2021 at 3:00 p.m. to November 2, 2021 at 9:00 a.m.**

        **SO ORDERED:**

Dated:  August 18, 2021                 s/Mark A. Goldsmith_____
        Detroit, Michigan             MARK A. GOLDSMITH
                                   United States District Judge

*/s/ Alyse Wu (w/ consent)*             */s/ Rhonda Brazile*_____
Assistant US Attorney                  Attorney for Defendant
211 W. Fort Street, #2001           613 Abbott Street, 5th Floor
Detroit, MI 48226                      Detroit, Michigan 48226
E-Mail: Alyse.Wu@usdoj.gov        E-Mail: rhonda_brazile@fd.org
313-226-9589                          313-967-5850

Dated: August 16, 2021